# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathryn Lynn Pinke, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER AMENDING PRETRIAL DEADLINES AND CONTINUING THE FINAL PRETRIAL CONFERENCE AND BENCH TRIAL** |
| Shawn Kuntz, individually and in his capacity as Superintendent of the Wishek Public School District; and Curt Meidinger, Melissa Kaseman-Wolf, Bruce Herr, Trina Schilling, and Dynette Ketterling, individual and in their capacities as members of the Wiskek Public School Board, | ) Case No. 1:18-cv-024 |
| Defendants. | ) |

The court **ADOPTS** the parties' Amended Scheduling/Discovery Order (Doc. No. 31) in part and **AMENDS** the pretrial deadlines as follows:

1. The parties shall make their Rule 26(a)(1) disclosures by January 2, 2019.

2. The parties shall have until May 1, 2019, to complete fact discovery and to file discovery motions.

3. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs by May 3, 2019; and

    b. Defendants by July 7, 2019.

4. The parties shall have until July 26, 2019, to complete discovery depositions of expert witnesses.

1

5. The parties shall have until February 1, 2019, to move to join additional parties.

6. The parties shall have until March 1, 2019, to move to amend pleadings to add claims or defenses.

7. The parties shall have until August 26, 2019, to file other nondispositive motions (e.g., consolidation, bifurcation).

8. The parties shall have until March 1, 2019, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

9. The parties shall have until August 2, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

10. Each party shall serve no more than 30 interrogatories, including subparts.

11. Each side shall take no more than 10 discovery depositions.

12. Depositions taken for presentation at trial shall be completed 15 days before trial.

The court further **ORDERS** that the final pretrial conference set for August 20, 2019, shall be rescheduled for January 7, 2020, at 11:00 a.m. by telephone before the magistrate judge. The court shall initiate the conference call. Finally, the court **ORDERS** that the bench trial set for September 4, 2019, shall be rescheduled for January 22, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1, 2 days).

Dated this 20th day of December, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court