# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kathryn Lynn Pinke, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Shawn Kuntz, individually and in his capacity as Superintendent of the Wishek Public School District; and Curt Meidinger, Melissa Kaseman-Wolf, Bruce Herr, Trina Schilling, and Dynette Ketterling, individually and in their capacities as members of the Wishek Public School Board, | ) Case No. 1:18-cv-024 |
| Defendants. | ) |

On February 25, 2019, the parties filed a Stipulation to Extend Deadline. The Court **ADOPTS** the parties' stipulation (Doc. No. 37). The deadline to file threshold motions (e.g., qualified immunity) shall be extended until August 2, 2019.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court